UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph H. Rodriguez |
| v. | : | Crim. No. 14-598 |
| VLADIMIR KLEYMAN | : | ORDER |

This matter having come before the Court on its own motion; and

The Court noting that a recent case from the United States Court of Appeals for the Third Circuit may impact its decision on calculation of loss,

IT IS ORDERED on this 5th day of October, 2015 that the parties are each to submit a letter outlining their respective positions of how United States of America v. Nagle, Nos. 14-3184 and 14-3422, --- F.3d ----, 2015 WL 5712253 (3d Cir. Sept. 30, 2015) impacts the calculation of loss in this case, no later than October 14, 2015.

IT IS FURTHER ORDERED that sentencing is hereby rescheduled for October 28, 2015 at 11:00 a.m.

/s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
U.S.D.J.